| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 12/04/2020 |
| Reporter: J. Egal | | Time: 9:11 am to 9:28 am |

**Cr. #** 1:20-cr-00180-001                        AUSA: Carina Cuellar
**U.S. v.** Monika Magdalena Jaworska           Defense: Jonathan Simms

Court finds the guidelines to be properly assessed at a range of 24 to 30 months.

Considering the factors under § 3553 and considering the nature of offense and the amount of restitution money returned the Court finds a sentence below the guideline range is appropriate.

**Sentence Imposed:**

Defendant is committed to the custody of the US Atty General to serve a term of TIME SERVED with a 2-year SR term and assessed $100.

Restitution Order and Consent Order of Forfeiture entered and filed in open court.

**Conditions of Supervised Release/Probation:**
- ✓ Allow Probation Office access to financial info.
- ✓ Deft shall not engage in any employment in the banking industry without prior approval of the probation officer.

**Monetary penalties:**
$100        Assessment  $ 0        Fine
$220,573   Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.